Mary S. (Van Houten) Harper
*Senior Staff Attorney*



Immigration Practice



November 26, 2019

**VIA ECF**

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 618
New York, NY 10007

<u>Re:</u>   *Reyes v. McHenry, et al.*, **19-cv-8674 (KPF)**

Dear Judge Failla:

On behalf of the Petitioner-Plaintiff, Mr. Jose Mauricio Reyes, I write respectfully to request an adjournment of the initial pre-trial conference, currently scheduled for January 3, 2020, at 3 pm, as I will be out of the office due to previously-scheduled commitments. I respectfully request that the conference be re-scheduled until on or after January 13, 2020.

This is Mr. Reyes's first request for an adjournment in this matter. The Government consents to the request.

We thank the Court for its consideration.

Respectfully submitted,

 /s/ Mary S. Harper
Mary S. (Van Houten) Harper, Esq.
Senior Staff Attorney
Brooklyn Defender Services
156 Pierrepont Street
Brooklyn, NY 11201
718-254-0700 x417
mharper@bds.org

cc:

UNITED STATES ATTORNEY'S OFFICE
Civil Division
86 Chambers Street / 3rd Floor
New York City, NY 10007

Application GRANTED.  The initial pretrial conference currently scheduled for January 3, 2020, is hereby ADJOURNED to January 14, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:     November 27, 2019          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE