

Mary S. (Van Houten) Harper
*Senior Staff Attorney*

Immigration Practice

January 9, 2020

**VIA ECF**

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 618
New York, NY 10007



Re: <u>*Reyes v. McHenry, et al.*</u>, **19-cv-8674 (KPF)**

Dear Judge Failla:

Petitioner-Plaintiff, Mr. Jose Mauricio Reyes, and Respondents-Defendants write jointly to request an adjournment of the initial pre-trial conference, scheduled for January 14, 2020, at 11 am. While the parties have diligently engaged in settlement discussions, negotiations are still ongoing, and both parties seek additional time to confer.

We therefore respectfully request that the Court adjourn the pre-trial conference until January 27, 2020, or otherwise until the week of February 10, 2020.

The Court previously granted a brief adjournment of the January 3, 2020, conference upon Mr. Reyes's request. *See* Dkt. Nos 32 & 33. No other adjournments have otherwise been sought.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Mary S. Harper
Mary S. (Van Houten) Harper, Esq.
Senior Staff Attorney
Brooklyn Defender Services
156 Pierrepont Street
Brooklyn, NY 11201
718-254-0700 x417
mharper@bds.org

*Counsel for Petitioner-Plaintiff*

/s/ Joshua E. Kahane
Joshua E. Kahane

Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

*Counsel for Respondents-Defendants*

cc:

counsel of record (via ECF)

Application GRANTED. The initial pretrial conference currently scheduled for January 14, 2020, is hereby ADJOURNED to January 27, 2020, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:   January 9, 2020           SO ORDERED.
         New York, New York

                                   *[signature]*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE